# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| GERMAINE SMART, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:20-cv-00108-LSC-JHE |
| MITCHELL McCALLISTER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On July 7, 2021, the Magistrate Judge entered a Report and Recommendation, recommending that the defendant's motion for summary judgment be granted. (Doc. 30). No objections have been filed. The court has considered the entire file in this action, together with the Report and Recommendation, and has reached an independent conclusion that that the Report is due to be adopted and the Recommendation is due to be approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the Magistrate Judge as the findings and conclusions of this court. The defendant's motion for summary judgment is **GRANTED**, and this case is due to be dismissed with prejudice. A separate order with be entered.

**DONE** and **ORDERED** on August 9, 2021

_____
L. Scott Coogler
United States District Judge

160704